CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.
Nikhil Chawla, SBN 259648
Doan Law Firm LLP
2850 PIO PICO DR., SUITE D
CARLSBAD, CA 92008
(760) 720-6042
FAX: (760) 720-6082

Order Entered on February 15, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

TIMOTHY JAMES AND ELIZABETH EDWARDS KATARAS

Debtors.

BANKRUPTCY NO. 10-14519-MM13

Date of Hearing: January 25, 2011
Time of Hearing: 2:00 p.m.
Department: 1

## ORDER ON MOTION TO VALUE COLLATERAL AND AVOID JUNIOR TRUST DEED

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through **2** with exhibits, if any, for a total of **2** pages, is granted. Motion/Application Docket Entry No. **20**

//
//
//
//
//
//

DATED: February 14, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

DOAN LAW FIRM LLP
(Firm name)

By: /s/ *Nikhil Chawla*
Attorney for Movants

CSD 1001A

Case 10-14519-MM13    Filed 02/14/11    Doc 27    Pg. 2 of 2

CSD 1001A [08/22/03] (Page 2)
ORDER ON MOTION TO VALUE COLLATERAL AND AVOID JUNIOR TRUST DEED
DEBTORS: TIMOTHY JAMES AND ELIZABETH EDWARDS KATARAS                  NO: 10-14519-MM13

AND NOW, upon the Debtors' Motion to Value Collateral and Avoid the Junior Trust Deed of **Greenlight Financial Services/Bank of America NA./BAC Home Loan Servicing**; The Court having reviewed the motion, declarations, and exhibits concluding all are in order, and after notice and hearing on the same;

**IT IS HEREBY ORDERED AND DECREED,**

1) That the Debtor's Residence located at **3888 Blue Bird Canyon Ct., Vista CA 92084** ("Residence") is valued at **$495,000.00**, and is encumbered by a First Deed of Trust in an amount greater than **$495,000.00**;

2) The Second Trust Deed of **Greenlight Financial Services/Bank of America NA./BAC Home Loan Servicing** ("Creditor") recorded with the San Diego County Recorder on **August 3, 2006** as Document No. **2006-0550456** ("Second Trust Deed") is wholly unsecured as a result;

3) That any claims asserted by Creditor against the Residence are entirely unsecured pursuant to 11 U.S.C. §506(a) given the value of the property and the amount of senior liens;

4) Upon completion of plan and Debtors' discharge, said Second Trust Deed will be deemed satisfied and extinguished pursuant to 11 U.S.C. §1322(b)(2), and treated as unsecured.

5) Attorney fees are awarded in the presumptively reasonable amount of $450.00 to be paid from available funds in the Chapter 13 case.

CSD 1001A

*Signed by Judge James W. Meyers February 14, 2011*